GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.    5:20-CR-00018-001 (TES) |
| **TIFFANY S. CRAWFORD** | |

On January 9, 2023, Tiffany S. Crawford was released from the Bureau of Prisons and commenced her three-year term of supervised release in the Northern District of Georgia (ND/GA). Based on a report received from her supervising officer in the ND/GA, Crawford has complied with the rules and regulations of supervised release. Her case meets the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts. It is the opinion of the U.S. Probation Office that she is no longer in need of supervision. Also, the U.S. Attorney's Office does not oppose Crawford's request for early termination. Therefore, it is recommended the Court grant Crawford's early termination request filed on March 27, 2024 (CM/ECF Doc. #85) and her supervised release be terminated early.

Respectfully submitted,

Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant's request for early termination filed with the Court on March 27, 2024 (CM/ECF Doc. #85) be granted, the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 1 _____ day of _____ May _____ 2024.

TILMAN E. SELF, III
U.S. DISTRICT JUDGE